IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HERMAN A. HAYES, SR.,

   Plaintiff,

    v.

INTERSTATE MANAGEMENT CO.,
LLC doing business as
Doubletree Hotel Atlanta, Galleria,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-1643-TWT

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Dismiss [Doc. 8]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 8] is GRANTED in part and DENIED in part.

SO ORDERED, this 18 day of August, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Hayes\r&r.wpd